**YUMA CITY ATTORNEY'S OFFICE**
Richard W. Files - City Attorney

Joseph D. Estes, Assistant City Attorney
Arizona Bar No. 023635
Rodney C. Short, Deputy City Attorney
Arizona Bar No. 026104
One City Plaza
Yuma, Arizona 85364
Telephone:   (928) 373-5050
E-mail:   Joseph.Estes@yumaaz.gov
         Rodney.Short@yumaaz.gov

*Attorneys for Plaintiff City of Yuma*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Yuma, an Arizona municipal corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>The Salvation Army, a California corporation,<br><br>　　　　　　　Defendant. | Case No.: 2:19-cv-00290-SMB<br><br>**JOINT NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY THE ACTION AND RETAIN JURISDICTION PENDING COMPLETION OF SETTLEMENT TERMS** |
| The Salvation Army, a California corporation,<br><br>　　　　　　　Counterclaimant,<br>　v.<br><br>City of Yuma, an Arizona municipal corporation,<br><br>　　　　　　　Counter-Defendant. | |

　　　　On or about August 12, 2019, Plaintiff/Counter-Defendant City of Yuma ("Plaintiff") and Defendant/Counterclaimant The Salvation Army ("Defendant") successfully came to an agreement on key terms to settle and resolve this matter. These key terms will need to be incorporated into a detailed form of Settlement Agreement, which form of Agreement is currently being drafted and negotiated between the parties.

However, once counsel for the parties have agreed to the specific terms of a form of Settlement Agreement, the Agreement will need to be formally approved and adopted by the City Council at one of its regularly scheduled meetings, together with approval by Defendant's governing board.  This process could take some time to complete, as well as some of the acts to be performed under the Agreement, which acts include, in part, the inspection and transfer of the real property herein at issue and the adoption of a resolution by City Council, which requires 30 days to take effect under Arizona law.  Some acts and performance, such as the payment of certain monies, will take substantially longer and will occur or continue to occur after implementation of the settlement and the contemplated dismissal of this lawsuit and do not require a continuing stay.

Therefore, in as much as the parties have agreed to key settlement terms and are actively seeking the completion and execution of a formal Settlement Agreement, the parties do hereby agree and stipulate to and request issuance of an order by the Court staying this action pending completion of the form of Settlement Agreement, retaining jurisdiction, and ordering the parties to file a joint stipulation to dismiss the action within 60 days from the date of the order staying this matter, or file a joint report detailing the status of the settlement process and its anticipated completion.

The parties therefore stipulate and respectfully request entry of the proposed order lodged with this joint application.

RESPECTFULLY SUBMITTED this 20th day of August, 2019.

**CITY OF YUMA CITY ATTORNEY'S OFFICE**

**CARSON MESSINGER PLLC**

By: /s/ *Joseph D. Estes*
   Joseph D. Estes, Esq.
   Assistant City Attorney

By: /s/ *Wallace L. Larson*
   Wallace L. Larson, Esq.
   Michael Nevels, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2019, I electronically filed the foregoing document with the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in the case, including counsel of record:

Wallace L. Larson, Esq.
Michael Nevels, Esq.
Carson Messinger, PLLC
4808 N. 22nd Street, Suite 200
Phoenix, Arizona 85016
wlarson@carsonlawfirm.com
mnevels@carsonlawfirm.com

*Attorneys for Defendant The Salvation Army*

                                               */s/ Pamela Torres*
                                                   Legal Assistant