# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Yuma, et al., | No. CV-19-00290-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Salvation Army, | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 42) and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing this action and all claims and counterclaims therein with prejudice, each party to bear their respective costs and attorneys' fees.

Dated this 27th day of January, 2020.

Honorable Susan M. Brnovich
United States District Judge